# United States District Court

Southern **DISTRICT OF** California

F 11/20/07
07 NOV 21 PM 1:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EB681990278US addressed to Louise Baker, 5445 Shirewick Ln, Lithonia, GA.

## SEARCH WARRANT

CASE NUMBER: **'07 MJ 2716**

TO: P. G. Garn, Postal Inspector _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn _____ who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern _____ District of California _____ there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **11/30/07**
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night~~ JMA ~~as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ Jan M. Adler
U. S. Judge or Magistrate
as required by law.

11/20/07 @ 1:37 p.m.                    at    San Diego, CA
Date and Time Issued                         City and State

Jan M. Adler, U.S. Magistrate Judge          [signature]
Name and Title of Judicial Officer           Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-20-2007 | 11-20-2007 approx 1452 hrs | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

SA. Raymond Stavr and P.G. Garu, Postal Inspector

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EB681990278US

containing - packing material, styrofoam
- cardboard box taped
- styrofoam packing
- 4 envelopes with padding taped
  each containing a bundle wrapped in layers of plastic surrounding a green leafy substance believed to be marijuana with a weight of approximately 4.9 pounds

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*P G GARU*

Subscribed, sworn to, and returned before me this date.

_U.S. Judge or Magistrate_    11/21/07